DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| | | | |
|---|---|---|---|
| 347A14 | State ex rel. Utils. Comm'n v. Cooper, Att'y Gen. (Aqua) | Intervenor's Motion to File Amended Brief | Allowed **12/01/2014** |
| 348P14 | State v. Megael Jermaine Matthews | Def's PDR Under N.C.G.S. § 7A-31 (COA14-109) | Denied |
| 350P14 | Wake County v. Hotels.com, L.P., et al., Buncombe County v. Hotels.com, L.P., et al., Dare County v. Hotels.com, L.P., et al., Mecklenburg County v. Hotels.com, L.P., et al. | 1. Plt's Motion to File PDR Under Seal<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-594) | 1. Allowed **09/24/2014**<br><br>2. Denied |
| 351P14 | Hometrust Bank v. George N. Tsiros and Tammy Tsiros | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-267)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot |
| 352P14 | State v. Marlon Devon Harris | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1332) | Denied |
| 355P14 | Terri Young v. Daniel Bailey, in his individual and official capacity as Sheriff of Mecklenburg County, and Ohio Casualty Insurance Company | Plt's PDR Prior to a Determination of the COA (COA14-966) | Denied |
| 357P14 | In the Matter of: Appeal of: Grandfather Mountain Stewardship Foundation, Inc., *from the decision of the Avery County Board of Equalization and Review denying property tax exemption for certain real property for tax year 2011* | 1. Appellant-Foundation's NOA Based Upon a Constitutional Question (COA13-1447)<br><br>2. Appellant-Foundation's PDR Under N.C.G.S. § 7A-31<br><br>3. Appellee-Avery County's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br>3. Dismissed as Moot |